E-FILED
Friday, 13 May, 2005  10:41:52 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

## For the Seventh Circuit

### Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

FILED

MAY 1 6 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DATE:     May 11, 2005

TO:       John M. Waters
          United States District Court
          Central District of Illinois
          151 U.S. Courthouse
          600 E. Monroe Street
          United States Courthouse & Federal Building
          Springfield, IL   62701

FROM:     Gino J. Agnello, Clerk

RE:       03-3030
          Black, Leannette v. State of Illinois
          98 C 3166, Byron G. Cudmore, Magistrate Judge

          Herewith is the mandate of this court in this appeal.
          A certified copy of the opinion/order of the court
          shall constitute the mandate.

          The record that was filed with this court in this cause
          will be returned at a later date.

          Copies of this notice sent to:         Counsel of record

          [ ]     United States Marshal

          [ ]     United States Probation Office

          Please acknowledge receipt of these documents on the enclosed copy
          of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

          Received above mandate from the Clerk, U.S.  Court of Appeals for
          the Seventh Circuit.

Date:    5/16/05 _____          s/ C. Cathcart _____
(1203-052495)                                 Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

CERTIFIED COPY

## DISMISSAL PER CIRCUIT RULE 31(c)(2)

Date: May 11, 2005

By the Court:

No. 03-3030

LEANNETTE W. BLACK,
            Plaintiff - Appellant

   v.

STATE OF ILLINOIS, ILLINOIS DEPARTMENT OF CORRECTIONS,
LINCOLN CORRECTIONAL CENTER, et al.,
            Defendants - Appellees

A True Copy:
     Teste:

C_____ _ the United States
C_____ __ _eals for the
Seventh Circuit.

Appeal from the United States District Court for the
Central District of Illinois
No. 98 C 3166, Byron G. Cudmore, Magistrate Judge

     This court issued a Rule to Show Cause on 4/22/05 and
there has been no response filed.  Pursuant to that Rule
to Show Cause and Circuit Rule 31(c)(2),

     **IT IS ORDERED** that this cause is **DISMISSED** for want
of prosecution.

(1034-110293)